conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that the compliance with the mandate and execution of sentence be, and the same are hereby, stayed for a period of six months or, if a petition for post-conviction relief is filed within that time period, pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

**91–2112.** In re Guardianship of Rudy. *Trumbull County*, Nos. 90–T–4398 and 90–T–4416. This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County. Upon consideration of appellee David W. Rudy's motion for continuance of oral argument,

IT IS ORDERED by the court that said motion for continuance of oral argument be, and the same is hereby, denied, effective November 2, 1992.

**92–1004.** State v. Henderson. *Cuyahoga County*, No. 58560. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee/cross-appellant's motion for appeal bond,

IT IS ORDERED by the court that said motion for appeal bond be, and the same is hereby, denied, effective November 4, 1992.

SWEENEY, J., dissents.

**92–1253.** State v. Wood. *Greene County*, No. 91–CA–65. This cause came on for further consideration upon appellee's motion for release and discharge and to expedite decision. Upon consideration thereof,

IT IS ORDERED by the court that said motion be, and the same is hereby, denied, effective November 4, 1992.

SWEENEY, WRIGHT and RESNICK, JJ., dissent.

**92–1744.** Cincinnati Gas & Elec. Co. v. Pub. Util. Comm. Public Utilities Commission, No. 91–410–EL–AIR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint motion for waiver,

IT IS ORDERED by the court that the joint motion for waiver be, and the same is hereby, granted, effective November 2, 1992.

**92–2101.** Cincinnati v. Pub. Util. Comm. Public Utilities Commission, No. 91–410–EL–AIR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint motion for waiver,

IT IS ORDERED by the court that the joint motion for waiver be, and the same is hereby, granted, effective November 2, 1992.

**92–2127.** State v. Gordon. *Lorain County*, Nos. 91CA005266 and 91CA005273. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Lorain County as a claimed appeal as of right from said court. Upon consideration of appellant's motion to stay the execution of the judgment and order of the Lorain County Court of Appeals, entered by that court on October 14, 1992,

IT IS ORDERED by the court that said motion to stay the execution of the judgment and order be, and the same is hereby, granted, effective November 2, 1992.

H. BROWN and RESNICK, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**92–1454.** Toledo Bd. of Zoning Appeals v. Wheeler. *Lucas County*, No. L–91–378.
MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.
JOHN W. MCCORMAC, J., of the Tenth Appellate District, sitting for RESNICK, J.